**Order entered November 29, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01369-CV

## IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31610-86**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's November 18, 2016 motion to compel the trial court to rule on relator's motion for production of grand jury transcript, which we treat as a petition for writ of mandamus. .

/s/     BILL WHITEHILL
          JUSTICE